**No. 47062.**—Protest 78656–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the siren whistles in question are composed in chief value of metal, not plated, similar to those the subject of Abstracts 39948 and 40480.  The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 47063.**—Protest 55326–K of Edward Boote (New York).

Opinion by OLIVER, P. J.  It appeared from a special report by the appraiser that the chinaware is not chiefly used for the amusement of children and would now be returned for duty at 45 percent under paragraph 212 and T. D. 49753. In accordance therewith the protest was sustained.

**No. 47064.**—Protests 829203–G, etc., of Western Novelty Co. (Los Angeles).

Opinion by OLIVER, P. J.  From the record it appeared that counsel agreed the merchandise is similar in all material respects to that the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713).  The claim at 35 percent under paragraph 205 (e) was therefore sustained.

**No. 47065.**—Protests 743624–G, etc., of Salvation Army et al. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of finished hats wholly or in chief value of wool the same in all material respects as those the subject of Abstract 46131.  In accordance therewith the items in question were held dutiable as claimed.

**No. 47066.**—Protests 38963–K, etc., of Geo. Borgfeldt Corp. (Philadelphia).

Opinion by OLIVER, P. J.  Certain of the plain woven cotton cloth table covers and napkins in question were held dutiable at 30 percent under paragraph 911 (b) in view of T. D. 50277, in accordance with stipulation of counsel.